IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MICHAEL A. STALNAKER,**

    Petitioner,                 **CASE NO. 2:10-CV-1065**
                                    **JUDGE GEORGE C. SMITH**
    v.                            **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

**ROD JOHNSON, WARDEN,**

    Respondent.

## OPINION AND ORDER

On June 19, 2012, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

                                                    \s\ George C. Smith
                                                    GEORGE C. SMITH
                                                    United States District Judge